WILLIAM MCGRANE [057761]
MATTHEW SEPUYA [287947]
MCGRANE PC
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: (415) 292-4807
william.mcgrane@mcgranepc.com
matthew.sepuya@mcgranepc.com

Additional firms listed on the following page

Attorneys for Plaintiff Daniel Chavez, an individual person on behalf of himself and all others similarly situated.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

DANIEL CHAVEZ, an individual person, on behalf of himself and all others similarly situated,

Plaintiff,

v.

COFIROUTE USA, LLC, a Delaware Limited Liability Company,

Defendant.

Case No. 8:19-cv-779

**CLASS ACTION**

**COMPLAINT FOR VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION LAW**

MICHAEL HASSEN [124823]
REALLAW PC
1981 N. Broadway, Suite 280
Walnut Creek, CA 94596
Telephone: (925)-359-7500
mjhassen@reallaw.us

MICHAEL WALSH [155401]
The Walsh Firm, PC
38 Corporate Park
Irvine, CA 92606
Telephone: (949)-724-1350
thewalshfirmpc@gmail.com

Come now Plaintiff, Daniel Chavez, and alleges as follows:

**Parties**

1. Plaintiff Daniel Chavez (Chavez) is an individual person.

2. Defendant Cofiroute USA, LLC (CUSA) is a Delaware limited liability company, which first registered as a foreign limited liability company qualified to do intra-state business in California on November 21, 2002.

**Jurisdiction and Venue**

3. Class Members (as that term is defined, *infra*) are citizens of many different states of the United States and foreign countries such that minimal diversity exists in this case for purposes of the federal Class Action Fairness Act of 2005 (28 U.S.C. Sections 1332(d) [CAFA]). In addition, this case involves more than five million dollars ($5,000,000) in penal fines and is not subject to the local controversy exception to CAFA due to the fact that a similar class action has been filed within the last three years.

4. Venue is appropriate in this District and Division because Orange County, California is where the relevant claim for relief for restitutionary damages arose.

**Limitation of Actions**

5. Absent tolling, the applicable statute of limitations is four years. *See* California Code of Civil Procedure § 343.

6. California Code of Civil Procedure § 343 has been tolled since at least July 16, 2018, because, as of that date, CUSA first became the subject of a prior and similar class action lawsuit on account of its having previously issued False Notices of Toll Evasion Violations.

**Charging Allegations**

7. The terms “transportation agency”, “electronic toll collection system” and “toll road”, *supra*, as employed throughout this Complaint for Violation, etc. (Complaint), are all otherwise defined in California Streets & Highway Code §§ 31490(l)-(m).

8. CUSA is a transportation agency that operates an electronic toll collection system with respect to a toll road (91 Express Lanes) that is partially owned by the Orange County

Transportation Authority (OCTA) and partially owned by the Riverside County Transportation Commission (RCTC).

9. CUSA sent the Class Members (as that term is defined, *infra*) various Notices of Toll Evasion Violations and Notices of Delinquent Toll Evasion Violations with respect to the 91 Express Lanes (False 23302 Toll Evasion Notices) during the Class Period (as that term is defined, *infra*). Copies of these False 23302 Toll Evasion Notices are attached as Group Exhibit 1.

10. On their face, the False 23302 Toll Evasion Notices improperly accused the Class Members (as that term is defined, *infra*) of having committed a criminal infraction subject to a citation by the California Highway Patrol each time they drove the 91 Express Lanes without their having had a valid FasTrak® account.

11. This claim the Class Members (as that term is defined, *infra*) had committed a criminal infraction subject to a citation by the California Highway Patrol was made despite the fact that CUSA itself either knew or should have known that the Class Members (as that term is defined, *infra*) had not possibly committed any such criminal infraction all during the Class Period (as that term is defined, *infra*).

12. The reason CUSA either knew or should have known all during the Class Period (as that term is defined, *infra*) that the Class Members (as that term is defined, *infra*) had not possibly committed any such criminal infraction is that CUSA knew or should have known all during the Class Period (as that term is defined, *infra*) about the requirements of OCTA's Ordinance No. 2010-1 at §§ 2(d) and 3(c)(2) and the parallel requirements of RCTC's Ordinance No. 16-001 § 3(d) (collectively, the 23302.5 OCTA/RCTC Ordinances) which 23302.5 OCTA/RCTC Ordinances mandated that—as a matter of law and all during the Class Period (as that term is defined, *infra*)—none of the Class Members (as that term is defined, *infra*) either could have been or should be have been charged by CUSA with anything other than having violated the 23302.5 OCTA/RCTC Ordinances at any time during the Class Period (as that term is defined, *infra*), which 23302.5 OCTA/RCTC Ordinances were entirely civil, not criminal, in nature.

13. In addition to the foregoing, the false nature of the False 23302 Toll Evasion Notices has recently been made the subject of a binding judicial admission on the part of CUSA's two principles, OCTA and RCTC—which two governmental agencies (in direct response to a writ petition previously filed against them by Chavez's counsel *see, e.g., Sanket Thakur, et. al. v. Orange County Transportation Authority, et. al.*, Orange County Superior Court Case No. 30-2018-01025555-CU-WM-CJC)—required in late 2018 that CUSA correct the form of the False 23302 Toll Evasion Notices by substituting corrected toll evasion notices in the place and stead of the False 23302 Toll Evasion Notices.

14. These corrected toll evasion notices went into use on November 1, 2018, and copies of said notices previously provided to Chavez's counsel by OCTA and RCTC are attached as Group Exhibit 2.

**Class Allegations**

15. The Class Period is May 10, 2010 (the date OCTA's Ordinance No. 2010-1 was first adopted) through October 31, 2018 (the date CUSA stopped sending out the False 23302 Toll Evasion Notices).

16. Chavez brings this action on behalf of himself and all other persons (Class Members) who during the Class Period (i) have driven the 91 Express Lanes during the Class Period for either business or pleasure; (ii) have thereafter been sent one or more of the False 23302 Toll Evasion Notices by CUSA and (iii) have consequently suffered a loss of money or property by virtue of their having paid monies under false pretenses to CUSA in response to the False 23302 Toll Evasion Notices.

17. The Class has a Discovery Sub-Class of persons who received False 23302 Toll Evasion Notices more than four years before July 16, 2018, i.e., after May 10, 2010 but before July 16, 2014 (the Discovery Sub-Class Class Period) (i) have driven the 91 Express Lanes during the Class Period for either business or pleasure; (ii) have thereafter been sent one or more of the False 23302 Toll Evasion Notices by CUSA and (iii) have consequently suffered a loss of money or property by virtue of their having paid monies under false pretenses to CUSA in response to the False 23302 Toll Evasion Notices.

18. Chavez is not a Discovery Sub-Class Member.

19. The identities of the individual persons who comprise of the Class can be readily ascertained from CUSA's business records.

20. Questions of law and fact common to the Class predominate over questions affecting only its individual members, including, *inter alia*:

    a. Whether the False Toll Evasion Notices constituted fraudulent, unlawful or unfair business practices by CUSA entitling the Class to restitutionary damages under the UCL.

    b. Whether during the Discovery Sub-Class Class Period, the Discovery Sub-Class Members were ever put on inquiry notice that the False Toll Evasion Notices they received and paid money in response to constituted the use of false pretenses to get money by CUSA.

21. The claims of Chavez are typical of the claims of the Class.

22. Treating this dispute as a class action is a superior method of adjudication since the joinder of all absent Class Members would be impractical.

23. Additionally, the amount of each payment would be modest on an individual basis, although significant in the aggregate.

24. It would be impractical for most of the Class Members individually to address CUSA's wrongdoings.

25. There should be no significant difficulties in managing this case as a class action.

26. Chavez can and will fairly and adequately represent the interests of the Class.

27. A class action would serve the best interests of the Class.

28. Chavez has retained competent and experienced counsel, all of whom will vigorously represent the interests of the Class.

**Sole Claim for Relief**
**(Violation of the UCL)**

29. Chavez realleges ¶¶ 1-28.

30. CUSA's misconduct as described, *supra*, was disjunctively fraudulent, unlawful and unfair and thus violative of California Business and Professions Code sections 17200 *et. seq.* (the UCL).

31. Pursuant to the UCL, CUSA is liable to the Class Members for not less than $5,000,000 in restitutionary damages.

WHEREFORE Chavez prays judgment as set forth below:

1. That the Class described herein be certified;

2. That Chavez be appointed the class representatives and his counsel be appointed counsel for the Class (Class Counsel);

3. That the Court order that CUSA pay restitutionary damages to the Class Members in an amount of not less than $5,000,000 and according to proof at trial.

4. For an award of attorney's fees and costs to Class Counsel on either a common fund or statutory basis.

5. For such other and further relief as the Court may deem just and proper.

Dated: April 29, 2019

THE WALSH FIRM, PC
REALLAW PC
MCGRANE PC


By: /s/ William McGrane
      William McGrane
Attorneys for Plaintiff Daniel Chavez, an individual person on behalf of himself and all others similarly situated.

# GROUP EXHIBIT 1

# Notice of Toll Evasion Violation

**Notice Mailing Date: January 08 2016**

*NTEV-V168743095C5242451S*

******************AUTO**3-DIGIT 927 5 000001204
CHAVEZ DANIEL P
[redacted] W MACARTHUR BLVD [redacted]
SANTA ANA CA [redacted]

| | |
|---|---|
| Violation Number | 168743095 |
| Vehicle License Plate | CA 5SLF523 |
| Year and Make | 2006 HOND |
| Date | 12/31/2015 |
| Time | 2:02:25 PM |
| Location | SR91 EastBound - Lane 3 |

Our records indicate that on the date, time and location listed above, the vehicle identified above was traveling on the **91 Express Lanes** with no transponder reading detected. While we appreciate your choice to use the 91 Express Lanes, the California Vehicle Code section 23302(b) requires that all vehicles, including carpools with three or more passengers, have a valid ***FASTRAK***™ account in order to use the lanes.

**91 EXPRESS LANES CUSTOMERS:** If you are a customer in good standing and have failed to update your account with the vehicle listed above, or your payment card has been cancelled, lost, stolen or expired, or if you believe you received this violation notice in error, contact the Customer Service Center at (951) 280-9191 or provide the updated information on the certificate below.

**NON-CUSTOMERS:** Now that you have discovered the timesaving benefits the 91 Express Lanes provide, we encourage you to become a customer. Opening an account is easy – call us at (951) 280-9191. Sign-up within 15 days from the Notice Mailing Date and we will apply the $25.00 non-refundable penalty towards prepaid tolls on your new account.

**IN ORDER TO AVOID FURTHER NOTICES AND PENALTIES, IT IS IMPORTANT TO DO ONE OF THE FOLLOWING:**

- Provide a valid 91 Express Lanes account number, and/or updated payment card information to an active account in good standing, or;
- Complete and return Section A (Affidavit of Non-Liability) or Section B (Request for Administrative Investigation) located on the back of this form **WITHIN 30 DAYS** from the Notice Mailing Date printed above, or;
- **Pay the amount listed below. Payments should be sent through the mail to the 91 Express Lanes, P.O Box 68039, Anaheim, California, 92817 and must be received by 5:00 p.m. on the due date.**

| Description | Due | After 02/22/2016 |
|---|---|---|
| *Toll* | $3.20 | $3.20 |
| *Penalty* | $25.00 | $55.00 |
| ***Total Due*** | $28.20 | $58.20 |
| ***Due Date*** | 02/22/2016 | 04/07/2016* |

EXHIBIT
tabbies®
2
Chavez
12/27/17

*If not paid by this due date, the penalty will escalate up to $100 for the first violation, $150 for the second violation, and $200 for each additional violation within one year. In addition to monetary penalties, if you use the 91 Express Lanes without a valid account and a properly mounted transponder, you may also be subject to a citation from the California Highway Patrol. You may also be responsible for court costs if these penalties are collected through the courts.

*We recommend that you retain a copy of all correspondence with our agency.*

*91 Express Lanes is a trademark of Orange County Transportation Authority*
*FasTrak is a trademark of the Transportation Corridor Agencies. © 2004 OCTA*

## PAYMENT CERTIFICATE

*(Please correct name and address if necessary)*

CHAVEZ DANIEL P
[redacted] W MACARTHUR BLVD
[redacted]
SANTA ANA CA [redacted]

| | | | |
|---|---|---|---|
| *Violation #:* | 168743095 | *Vehicle License:* | CA 5SLF523 |
| ***Total Due Before:*** 02/22/2016 | $28.20 | *Year / Model:* | 2006 HOND |

*(Make check or money order payable to 91 Express Lanes.* **DO NOT MAIL CASH).**

☐ Please charge $__________ to my credit card below: (Check One) ☐American Express ☐ Visa ☐MasterCard ☐Discover

My card was lost, stolen, expired, or cancelled. Please update as follows: ☐Add as my primary default card ☐ Add as an additional card

Credit Card Number: | | | | | | | | | | | | | | | | | Expiration (MM/YY): | | | / | | |

☐ I have a valid ***FASTRAK***™ account with another California toll facility operator and the vehicle referenced above is listed on my account: *(Check One)* ☐***The Toll Roads***, ☐ Golden Gate Bridge , ☐Bay Area, ☐ I-15, ☐ Other ____________________.

***Please Note:*** *If your account was* <u>*not*</u> *in good standing on the date/time of this violation, and this license plate is not listed on your FASTRAK™ account, we cannot adjust this transaction, and the full penalty plus the toll amount is due. Toll Road customers may contact a Toll Road representative by calling (800) 378-8725.*

☐ I have a valid **91 Express Lanes** account. Add this vehicle to my account! Account Holder's signature and Account Number are required.

| *Printed Name of Account Holder* | *Account Holder Signature Required* | *Account Number* | *Date* |
|---|---|---|---|
| | | 12342497 | 3583234 |

*NTEV-V168743095C5242451S*

# Notice of Delinquent Toll Evasion Violation

**Notice Mailing Date:** February 09 2016

NDTEV-C52424515----V168743095

***************AUTO**MIXED AADC 926 11 000003060
CHAVEZ DANIEL P
[redacted] W MACARTHUR BLVD [redacted]
SANTA ANA CA [redacted]

| | |
|---|---|
| Violation Number | 168743095 |
| Vehicle License Plate | CA 5SLF523 |
| Year and Make | 2006 HOND |
| Date | 12/31/2015 |
| Time | 2:02:25 PM |
| Location | SR91 EastBound - Lane 3 |

In a *Notice of Toll Evasion Violation* letter dated **01/08/2016** you were informed that a vehicle registered in your name was detected traveling in the 91 Express Lanes with no transponder reading detected. You were also informed that you had 30 days to respond to the notice but we have not yet received a response. California Vehicle Code section 23302(b) requires that all vehicles, including carpools with three or more passengers, have a valid ***FASTRAK***™ transponder account in order to use the 91 Express Lanes.

**91 EXPRESS LANES CUSTOMERS:** If you are a customer in good standing and have failed to update your account with the vehicle listed above, or your payment card has been cancelled, lost, stolen or expired, or if you believe you received this violation notice in error, contact the Customer Service Center at (951) 280-9191 or provide the updated information on the certificate below.

**NON-CUSTOMERS:** Now that you have discovered the timesaving benefits the 91 Express Lanes provide, we encourage you to become a customer. Opening an account is easy – call us at (951) 280-9191.

**IN ORDER TO AVOID FURTHER NOTICES AND PENALTIES, IT IS IMPORTANT TO COMPLETE ONE OF THE FOLLOWING:**

- Provide a valid 91 Express Lanes account number, and/or updated payment card information to an active account in good standing, or;
- Complete and return Section A (Affidavit of Non-Liability) or Section B (Request for Administrative Investigation) located on the back of this form **WITHIN 60 DAYS** from the Notice Mailing Date printed above, or;
- **Pay the amount listed below. Payments should be sent through the mail to the 91 Express Lanes, P.O Box 68039, Anaheim, California, 92817 and must be received by 5:00 p.m. on the due date.**

| Description | Due | After 02/24/2016 | After 04/09/2016 |
|---|---|---|---|
| *Toll* | *$3.20* | *$3.20* | *$3.20* |
| *Penalty* | *$25.00* | *$55.00* | *$80.00* |
| ***Total Due*** | ***$28.20*** | ***$58.20*** | ***$83.20*** |
| ***Due Date*** | ***02/24/2016*** | ***04/09/2016**** | |

EXHIBIT
tabbies
3
Chavez
12/27/17

*If not paid by this due date, the matter will be assigned to collections and the penalty will escalate up to $100 for the first violation, $150 for the second violation, and $200 for each additional violation within one year. In addition to monetary penalties, if you use the 91 Express Lanes without a valid account and a properly mounted transponder, you may also be subject to a citation from the California Highway Patrol. You may also be responsible for court costs if these penalties are collected through the courts.

*We recommend that you retain a copy of all correspondence with our agency.*

*__91 Express Lanes__ is a trademark of Orange County Transportation Authority*
*__FasTrak__ is a trademark of the Transportation Corridor Agencies. © 2004 OCTA*

---

## PAYMENT CERTIFICATE

*(Please correct name and address if necessary)*

CHAVEZ DANIEL P
[redacted] W MACARTHUR BLVD
[redacted]
SANTA ANA CA [redacted]

| *Violation #:* | 168743095 | *Vehicle License:* | CA 5SLF523 |
|---|---|---|---|
| ***Total Due Before*** 02/24/2016 | $28.20 | ***Total Due After*** 04/09/2016 | $83.20 |

*(Make check or money order payable to 91 Express Lanes.* **DO NOT MAIL CASH).**

☐ Please charge $__________ to my credit card below: (Check One) ☐American Express ☐ Visa ☐ MasterCard ☐Discover

My card was lost, stolen, expired, or cancelled. Please update as follows: ☐Add as my primary default card ☐ Add as an additional card

Credit Card Number: [ ] Expiration (MM/YY): [ ] / [ ]

☐ I have a valid ***FASTRAK***™ account with another California toll facility operator and the vehicle referenced above is listed on my account:
*(Check One)* ☐***The Toll Roads***, ☐ Golden Gate Bridge , ☐ Bay Area, ☐ I-15, ☐ Other ____________________.

***Please Note:*** *If your account was* *__not__* *in good standing on the date/time of this violation, and this license plate is not listed on your FASTRAK™ account, we cannot adjust this transaction, and the full penalty plus the toll amount is due. Toll Road customers may contact a Toll Road representative by calling (800) 378-8725.*

☐ I have a valid **91 Express Lanes** account. Add this vehicle to my account! Account Holder's signature and Account Number are required.

| *Printed Name of Account Holder* | *Account Holder Signature Required* | *Account Number* | *Date* |
|---|---|---|---|
| | | 12342497 | 3655376 |

NDTEV-C52424515----V168743095

# GROUP EXHIBIT 2

# Notice of Toll Evasion Violation

**Notice Mailing Date: November 01 2018**

| | |
|---|---|
| Violation Number | |
| Vehicle License Plate | |
| Year and Make | |
| Entry Date and Time | 10/29/2018 5:10:49 PM |
| Toll Point Date and Time | 10/29/2018 5:23:31 PM |
| Location | 91E Co. Line-McKinley L#3 |

*NTEVC7818862V257109540*

*************AUTO**ALL FOR AADC 923 3 000000505

Our records indicate that on the date, time and location listed above, the vehicle identified was traveling on the 91 Express Lanes without payment of required toll(s) in violation of California Vehicle Code Section 23302.5. This violation is being enforced as a civil penalty pursuant to California Vehicle Code Sections 23302.5 and 40250, et. seq. Please be advised that all vehicles must have a FasTrak® transponder registered to an account with a balance sufficient to pay the toll amount. **Failure to pay the amount due or properly respond before the due date will result in additional penalties, fees and collection action as provided by law.**

## RESOLVE BEFORE THE FIRST DUE DATE TO AVOID ADDITIONAL PENALTIES

- **Pay the amount due. Payments can be made online at www.91expresslanes.com or by mail to the 91 Express Lanes, P.O. Box 68039, Anaheim, California 92817.**
- **91 Express Lanes account holders with a valid account at the time of the violation, add the vehicle to your account**. Complete and return the certificate below or call the customer service center at (800) 600-9191 to update your account.
- **Account holders with a valid account with another California Toll Agency, contact your account holding agency to add the vehicle to your account with a date prior to the violation date.** If the account was not valid at the time of the violation, please call us at (800) 600-9191.
- **Complete an Affidavit of Non-Liability or Request an Administrative Investigation**. Complete and return Section A (Affidavit of Non-Liability) or Section B (Request for Administrative Investigation) located on the back of this form within 30 days from the Notice Mailing Date.

| Description | Due | After 12/17/2018 |
|---|---|---|
| *Toll* | $4.05 | $4.05 |
| *Penalty* | $25.00 | $55.00 |
| ***Total Due*** | **$29.05** | **$59.05** |
| ***Due Date*** | **12/01/2018** | **01/30/2019*** |

*If not paid by this due date, the penalty will escalate up to $100 for the first violation, $150 for the second violation, and up to $200 for each additional violation within one year. You may also be responsible for court costs if these penalties are collected through the courts.

---

## PAYMENT CERTIFICATE

| | | | |
|---|---|---|---|
| *Violation #:* | | *Vehicle License:* | |
| ***Total Due Before:*** **12/01/2018** | $29.05 | *Year / Model:* | |

*(Please correct name and address if necessary)*

**Pay online at www.91expresslanes.com**

❐ Please charge $__________ to my credit card below: *(Check One)* ❐ American Express ❐ Visa ❐ MasterCard ❐ Discover
My card was lost, stolen, expired, or cancelled. Please update as follows: ❐ Add as my primary default card ❐Add as an additional card
Credit Card Number: ______________________ Expiration (Month/Year): __ __ / __ __

❐ I have a valid **91 Express Lanes** account. Add this vehicle to my account. Account Holder's signature and Account Number are required. If your account was not in good standing, the toll will not be eligible for payment from your account.

| *Printed Name of Account Holder* | *Account Holder Signature Required* | *Account Number* | *Date* |
|---|---|---|---|

13198009 7959169

1355855.1

# Notice of Delinquent Toll Evasion Violation

**Notice Mailing Date: November 01 2018**

NDTEVC7638373V250671364

*************AUTO**ALL FOR AADC 923 5 000001153

| Violation Number | |
|---|---|
| Vehicle License Plate | |
| Year and Make | |
| Entry Date and Time | 09/04/2018 6:08:49 PM |
| Toll Point Date and Time | 09/04/2018 6:14:19 PM |
| Location | 91E 55-Co. Line L#2 |

In a *Notice of Toll Evasion Violation* letter dated **09/11/2018,** you were informed that the vehicle identified above was traveling on the 91 Express Lanes without payment of required toll(s) in violation of California Vehicle Code Section 23302.5. This violation is being enforced as a civil penalty pursuant to California Vehicle Codes Sections 23302.5 and 40250, et. seq. Please be advised that all vehicles must have a FasTrak® transponder registered to an account with a balance sufficient to pay the toll amount. **Failure to pay the amount due or properly respond before the due date will result in additional penalties, fees and collection action as provided by law.**

**RESOLVE BEFORE THE FIRST DUE DATE TO AVOID ADDITIONAL PENALTIES**

- **Pay the amount due. Payments can be made online at www.91expresslanes.com or by mail to the 91 Express Lanes, P.O. Box 68039, Anaheim, California 92817.**
- **91 Express Lanes account holders with a valid account at the time of the violation, add the vehicle to your account**. Complete and return the certificate below or call the customer service center at (800) 600-9191 to update your account.
- **Account holders with a valid account with another California Toll Agency, contact your account holding agency to add the vehicle to your account with a date prior to the violation date.** If the account was not valid at the time of the violation, please call us at (800) 600-9191.
- **Complete an Affidavit of Non-Liability or Request an Administrative Investigation**. Complete and return Section A (Affidavit of Non-Liability) or Section B (Request for Administrative Investigation) located on the back of this form within 60 days from the Notice Mailing Date.

| Description | Due | After 11/16/2018 | After 12/31/2018 |
|---|---|---|---|
| *Toll* | $3.85 | $3.85 | $3.85 |
| *Penalty* | $25.00 | $55.00 | $80.00 |
| ***Total Due*** | **$28.85** | **$58.85** | **$83.85** |
| ***Due Date*** | **11/16/2018** | **12/31/2018*** | |

*If not paid by this due date, the penalty will escalate up to $100 for the first violation, $150 for the second violation, and up to $200 for each additional violation within one year. You may also be responsible for court costs if these penalties are collected through the courts.

**PAYMENT CERTIFICATE**

| *Violation #:* | | *Vehicle License:* | |
|---|---|---|---|
| ***Total Due Before:* 11/16/2018** | $28.85 | ***Total Due After:* 11/16/2018** | $58.85 |

(*Please correct name and address if necessary*)

(*Make check or money order payable to 91 Express Lanes.* **DO NOT MAIL CASH.)**

Pay online at **www.91expresslanes.com**

❐ Please charge $__________ to my credit card below: *(Check One)* ❐ American Express ❐ Visa ❐ MasterCard ❐ Discover

My card was lost, stolen, expired, or cancelled. Please update as follows: ❐ Add as my primary default card ❐ Add as an additional card

Credit Card Number: ______________________ Expiration (Month/Year): __ __ / __ __

❐ I have a valid **91 Express Lanes** account. Add this vehicle to my account. Account Holder's signature and Account Number are required. If your account was not in good standing, the toll will not be eligible for payment from your account.

*Printed Name of Account Holder* | *Account Holder Signature Required* | *Account Number* | *Date*

13445099 7956546