| | | | |
|---|---|---|---|
| Case No. | SACV 19-00779-AG (JDEx) | Date | October 29, 2019 |
| Title | Daniel Chavez v. Cofiroute USA, LLC | | |

| Present: The Honorable | ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE ON STIPULATION TO DISMISS CASE**

The Court, having been advised by the Plaintiff that this action has been resolved by a Stipulation to Dismiss Case [43], hereby orders this action dismissed WITHOUT prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                    -    :    -

                                                    Initials of Deputy Clerk   mku